UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANGELA YOUNGER, | : | CIVIL NO. 3:02CV808 (JBA) |
| Plaintiff, | : | |
| v. | : | |
| ANTHONY J. PRINCIPI, SECRETARY OF THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, in his official capacity | : | |
| Defendants. | : | |
| | : | October 11, 2003 |

### MOTION ON CONSENT FOR ENLARGEMENT OF TIME

The defendant, with the consent of plaintiff's counsel, respectfully request a thirty-day extension of time, up to and including December 3, 2003, to complete discovery and a corresponding 45-day extension of time, up to and including January 15, 2004 to file dispositive motions. The date on which discovery is currently scheduled to close is November 3, 2003. The date on which dispositive motions are currently due is December 1, 2003.  In support of the request, the undersigned represents as follows:

1. At the conclusion of an unsuccessful settlement conference with the Court on September 24, 2003, the parties agreed to two dates for defendant to take plaintiff's deposition in this case.

2. Plaintiff's counsel recently advised that plaintiff will not be available as previously scheduled.

3. The deposition, it is anticipated, will go forward toward the end of November.

This is the defendant's first request to extend the discovery deadline and the dispositive-motions deadline. The extension sought will enable the defendant to complete the plaintiff's deposition in this case and prepare and file a dispositive motion, should the defendant determine that one is proper in this case. Accordingly, the defendant respectfully suggests that good cause exists for granting the extension sought herein.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JOHN B. HUGHES
CHIEF, CIVIL DIVISION

PATRICK F. CARUSO
ASSISTANT UNITED STATES ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
(203) 773-5373 facsimile
FEDERAL BAR NO. ct17984

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the within and foregoing was sent on this 11th day of October, 2003, via first-class mail to:

Charles G. Parks, Jr., Esq.
800 Summer St., Suit 509
Stamford, CT 06901-2134

PATRICK F. CARUSO
ASSISTANT UNITED STATES ATTORNEY

N:\pcaruso\Younger\Extension101103.wpd