UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| YOUNGER | : | |
| v. | : | NO. 3:02cv808 (JBA) |
| V.A. | : | |

FILED
Oct 21  12 44 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

**ENDORSEMENT ORDER [DOC. #29]**

Defendant's Motion for Enlargement of Time [doc. #29] is GRANTED, with consent, as follows:

1. All discovery will close 12/3/03.

2. Dispositive motions will be filed by 1/15/04, and this matter will be trial ready 07/01/04. The parties' Joint Trial Memorandum will be filed 21 days after ruling on dispositive motions.

3. If no dispositive motions are filed, the parties' Joint Trial Memorandum will be filed 1/31/04.

IT IS SO ORDERED.



Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: **October 21, 2003**