```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT

ANGELA YOUNGER,                  :  CIVIL NO.  3: 02CV808(JGM)
                                 :
        Plaintiff,                :
                                 :
     v.                          :
                                 :
ANTHONY J. PRINCIPI, SECRETARY   :
OF THE UNITED STATES DEPARTMENT  :
OF VETERANS AFFAIRS, in his      :
official capacity,               :
                                 :
        Defendant.               :
                                 :
                                 :  November 25, 2003
```

**MOTION ON CONSENT FOR ENLARGEMENT OF TIME**

The defendant, with the consent of plaintiff's counsel, respectfully requests a 45-day extension of time, up to and including January 17, 2004, to complete discovery and a corresponding 45-day extension of time, up to and including February 29, 2004 to file dispositive motions. The date on which discovery is currently scheduled to close is December 3, 2003. The date on which dispositive motions are currently due is January 15, 2003. In support of the request, the undersigned represents as follows:

1. At the conclusion of an unsuccessful settlement conference with the Court on September 24, 2003, the parties agreed to two dates for defendant to take plaintiff's deposition in this case.

2.  Plaintiff's counsel subsequently advised that plaintiff would not be available as previously scheduled.

3.  Plaintiff's responses to defendant's First Set of Interrogatories and Requests for Production were due on or about October 4, 2003.

4.  Defendant contacted plaintiff's counsel after the due date for the responses had passed to inquire about the responses and available dates for plaintiff's deposition.

5.  Plaintiff's counsel represented that the responses would be forthcoming.

6.  The parties agreed not to schedule plaintiff's deposition until after plaintiff's counsel had provided the defendant with responses to defendant's First Set of Interrogatories and Requests for Production.

7.  To date, the defendant has not yet received responses to his First Set of Interrogatories and Requests for Production.

8.  Notwithstanding this, plaintiff's deposition has now been noticed for January 13, 2004.

This is the defendant's second request to extend the discovery deadline and the dispositive-motions deadline. The extension sought will enable the defendant to complete the plaintiff's deposition in this case and prepare and file a dispositive motion, should the defendant determine that one is proper in this case. Accordingly, the defendant respectfully suggests that good cause exists for granting the extension sought herein.

                Respectfully submitted,

                KEVIN J. O'CONNOR
                UNITED STATES ATTORNEY

                JOHN B. HUGHES
                CHIEF, CIVIL DIVISION

                PATRICK F. CARUSO
                ASSISTANT UNITED STATES ATTORNEY
                P.O. BOX 1824
                NEW HAVEN, CT  06508
                (203) 821-3700
                (203) 773-5373 facsimile
                FEDERAL BAR NO. ct17984

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the within and foregoing was sent on this 25th day of November, 2003, via first-class mail to:

    Charles G. Parks, Jr., Esq.
    800 Summer St., Suit 509
    Stamford, CT 06901-2134


    PATRICK F. CARUSO
    ASSISTANT UNITED STATES ATTORNEY

N:\pcaruso\Younger\ExtensionNov.wpd