UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ANGELA YOUNGER,                    :   CIVIL NO.   3: 02CV808(JGM)
                                   :
         Plaintiff,                :
                                   :
    v.                             :
                                   :
ANTHONY J. PRINCIPI, SECRETARY     :
OF THE UNITED STATES DEPARTMENT    :
OF VETERANS AFFAIRS, in his        :
official capacity,                 :
                                   :
         Defendant.                :
                                   :
                                   :   November 25, 2003

**MOTION ON CONSENT FOR ENLARGEMENT OF TIME**

The defendant, with the consent of plaintiff's counsel, respectfully requests a 45-day extension of time, up to and including January 17, 2004, to complete discovery and a corresponding 45-day extension of time, up to and including February 29, 2004 to file dispositive motions. The date on which discovery is currently scheduled to close is December 3, 2003. The date on which dispositive motions are currently due is January 15, 2003. In support of the request, the undersigned represents as follows:

1. At the conclusion of an unsuccessful settlement conference with the Court on September 24, 2003, the parties agreed to two dates for defendant to take plaintiff's deposition in this case.

[handwritten margin notes:
- "3/1"
- "Justin."
- "12/1/03 -- Granted; discovery shall be fin'd by 3/1/04."
- "Computer by 1/10/04 + dispositive motions shall be filed by 1/10/04."
- "1/1/04 M-C"]

[stamp: FILED 2003 NOV 25 P 4:27 U.S. DISTRICT COURT NEW HAVEN, CONN.]

[stamp: FILED DEC 2 3 37 PM '03 U.S. DISTRICT COURT NEW HAVEN, CONN.]