UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| ANGELA YOUNGER, | : | CIVIL NO. 3:02CV808(JGM) |
| Plaintiff, | : | U.S. DISTRICT COURT |
| | : | NEW HAVEN, CONN. |
| v. | : | |
| ANTHONY J. PRINCIPI, SECRETARY OF THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, in his official capacity, | : | |
| Defendant. | : | |
| | : | January 8, 2004 |

**JOINT MOTION FOR ENLARGEMENT OF TIME**

The parties respectfully requests a 60-day extension of time, up to and including March 17, 2004, to complete discovery and a corresponding 60-day extension of time, up to and including April 29, 2004 to file dispositive motions. The date on which discovery is currently scheduled to close is January 17, 2003. The date on which dispositive motions are currently due is February 29, 2003. In support of the request, the undersigned represent as follows:

1. The defendant has hired an expert witness in this matter, Dr. Robert Phillips.

2. Dr. Phillips, a forensic psychiatrist, has examined the

plaintiff, produced a report and will offer expert testimony at trial.

3. Plaintiff's counsel wishes to depose Dr. Phillips.

4. Dr. Phillips has availability in his schedule to be deposed in February or early March of 2004, and the parties are cooperating to schedule the deposition.

This is the third request to extend the discovery deadline and the dispositive-motions deadline. The extension sought will enable the plaintiff sufficient time to depose defendant's expert witness. Accordingly, the parties respectfully suggests that good cause exists for granting the extension sought herein.

Respectfully submitted,

                                                      KEVIN J. O'CONNOR
                                                     UNITED STATES ATTORNEY

                                                     JOHN B. HUGHES
                                                     CHIEF, CIVIL DIVISION

CHARLES PARKS, JR.              PATRICK F. CARUSO
800 SUMMER ST.                 ASSISTANT UNITED STATES ATTORNEY
SUITE 509                       P.O. BOX 1824
STAMFORD, CT 06901           NEW HAVEN, CT  06508
(203) 359-3860                 (203) 821-3700
FEDERAL BAR NO. 16784        (203) 773-5373 facsimile
                                        FEDERAL BAR NO. ct17984

N:\pcaruso\Younger\Extension010804.wpd