UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| ANGELA YOUNGER, | : | CIVIL NO. 02CV808 (JGM) |
| Plaintiff, | : | |
| v. | : | |
| ANTHONY J. PRINCIPI, SECRETARY OF THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, in his official capacity, | : | |
| Defendant. | : | |
| | : | January 8, 2004 |

### JOINT MOTION FOR ENLARGEMENT OF TIME

The parties respectfully requests a 60-day extension of time, up to and including March 17, 2004, to complete discovery and a corresponding 60-day extension of time, up to and including April 29, 2004 to file dispositive motions. The date on which discovery is currently scheduled to close is January 17, 2003. The date on which dispositive motions are currently due is February 29, 2003. In support of the request, the undersigned represent as follows:

1. The defendant has hired an expert witness in this matter, Dr. Robert Phillips.

2. Dr. Phillips, a forensic psychiatrist, has examined the