UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
APR 12 9 04 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| ANGELA YOUNGER | : | CIVIL NO. 3:02CV808(JBA) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ANTHONY PRINCIPI, SECRETARY | : | |
| OF THE UNITED STATES | : | |
| DEPARTMENT OF VETERANS AFFAIRS | : | |
| in his official capacity, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the Plaintiff, Angela Younger, and the Defendant, Anthony Principi, by and through their respective attorneys, that the above-captioned action shall be dismissed with prejudice, each party to bear its own fees, including attorney's fees, costs and expenses, including litigation expenses.

|  |  |
|---|---|
| | Respectfully submitted, |
| DATE 4/8/04 | *(signature)* <br> ANGELA YOUNGER <br> PLAINTIFF |
| DATE 4/8/04 | *(signature)* <br> Charles G. Parks, Jr., Esq. <br> Plaintiff's Counsel <br> 800 Summer St., Suit 509 <br> Stamford, CT 06901-2134 <br> (203) 359-3860 <br> (203) 323-7398 (fax) <br> Federal Bar No. ct16784 |
| | DEFENDANT, ANTHONY PRINCIPI, SECRETARY OF THE U.S. DEPARTMENT OF VETERANS AFFAIRS, in his official capacity <br><br> BY KEVIN J. O'CONNOR <br> UNITED STATES ATTORNEY |
| DATE 3/31/04 | *(signature)* <br> PATRICK F. CARUSO <br> ASSISTANT U.S. ATTORNEY <br> P.O. BOX 1824 <br> NEW HAVEN, CT  06508 <br> (203) 821-3700 <br> (203) 773-5373 <br> FEDERAL BAR NO. ct17984 |