UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

YOUNGER

V.                    Case Number: 3:02-cv-808 (JGM)

PRINCIPI, et al

**ORDER DISMISSING CASE**

_____The Stipulation for Dismissal of Case, Doc. # 35, is hereby **ORDERED ACCORDINGLY.**

Dated at New Haven, Connecticut, April 12, 2004.

KEVIN F. ROWE, CLERK

By: _____
    Joanne Pesta
    Deputy Clerk